ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Research In Motion Limited dba BlackBerry; Research In Motion Corporation dba BlackBerry,<br><br>  Defendants. | Case No. 3:13-cv-00781-DMS-WVG<br><br>**DECLARATION OF GABRIEL G. HEDRICK IN SUPPORT OF OPPOSITION OF E.DIGITAL TO MOTION TO DISMISS UNDER FED. R. CIV. P. 12(c)**<br><br>Date:  August 2, 2013<br>Time:  1:30 P.M.<br>Judge: Hon. Judge Dana M. Sabraw<br>Ctrm:  13A (Annex) |
| Research In Motion Limited dba BlackBerry; Research In Motion Corporation dba BlackBerry,<br><br>  Counterclaimants,<br><br>v.<br><br>e.Digital Corporation,<br><br>  Counter-Defendant. | |

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

*DECLARATION OF GABRIEL G. HEDRICK*    Case No. 3:13-cv-00781-DMS-WVG

I, Gabriel G. Hedrick, declare:

1. I have personal knowledge of the matters set forth herein, except for those matters stated under information and belief. If called as a witness, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California and am a member of the California State Bar. I am an associate with the law firm of Handal & Associates, attorneys of record in this matter for Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital").

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,491,774, including a Certificate of Correction and the *Ex Parte* Reexamination Certificate related to same.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,742,737, including all Certificates of Correction and the *Ex Parte* Reexamination Certificate related to same.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,839,170.

6. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 5,839,108, including a Certificate of Correction.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 3rd day of July, 2013.

/s/ Gabriel G. Hedrick
Gabriel G. Hedrick

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

*DECLARATION OF GABRIEL G. HEDRICK*   Case No. 3:13-cv-00781-DMS-WVG

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 19th day of July, 2013 at San Diego, California.

/s/ Gabriel G. Hedrick

Gabriel G. Hedrick

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*DECLARATION OF GABRIEL G. HEDRICK*     Case No. 3:13-cv-00781-DMS-WVG