ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Research In Motion Limited dba BlackBerry; Research In Motion Corporation dba BlackBerry,<br><br>Defendants. | Case No. 3:13-cv-00781-DMS-WVG<br><br>**REDACTED**<br><br>**PLAINTIFF E.DIGITAL CORPORATION'S OBJECTION TO DECLRATON OF KENT W. SERRATT (SUBMITTED IN SUPPORT OF E.DIGITAL'S OPPOSITION TO NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(C))** |
| Research In Motion Limited dba BlackBerry; Research In Motion Corporation dba BlackBerry,<br><br>Counterclaimants,<br><br>v.<br><br>e.Digital Corporation,<br><br>Counter-Defendant. | Date: August 2, 2013<br>Time: 1:30 P.M.<br>Judge: Hon. Judge Dana M. Sabraw<br>Ctrm: 13A (Annex) |

-1-

*E.DIGITAL CORPORATION'S OBJECTION TO DECLARATION OF KENT W. SERRATT*     3:13-CV-00781-DMS-WVG

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Plaintiff and Counter-Defendant e.Digital Corporation ("Plaintiff" or "e.Digital") submits the following evidentiary objections to the "Declaration Of Kent W. Serratt In Support Of Blackberry's Motion To Dismiss Under Fed. R. Civ. P. 12(c) And Supporting Memorandum" filed on July 10, 2013 ("Serratt Decl."). (Dkt# 39-7).

Plaintiff requests that the Court strike and/or not consider the declaration or its contents when ruling on Defendants' Motions to Dismiss Under Fed. R. Civ. P 12(c) ("Motion"), set to be heard on or about August 2, 2013 at 1:30 p.m. The grounds for this request are set forth herein.

**OBJECTIONS:**

  I.    Paragraph 2: "The BlackBerry Z10 includes a 16 GB flash memory."

  **Objection:** The statement is outside the scope of the pleadings and not subject to judicial notice. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1550 (9th Cir. 1990). The declarant has failed to establish personal knowledge of the fact alleged. Federal Rules of Evidence ("FRE"), Rules 601, 602. The statement is irrelevant, lacks foundation, and is hearsay, for which no exception exists. FRE 401, 402, 602, 801, and/or 802.

  II.   Paragraph 3: "BlackBerry obtains the 16 GB flash memory ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for the Z10 phone."

  **Objection:** The statement is outside the scope of the pleadings and not subject to judicial notice. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, *supra* at 1550. The declarant has failed to establish personal knowledge of the fact alleged. FRE 601, 602. The statement is irrelevant, lacks foundation, and is hearsay, for which no exception exists. FRE 401, 402, 602, 801, and/or 802.

  III.  Paragraph 4: "BlackBerry does not ship the Z10 phone with any removable microSD flash memory for sale in the United States."

  **Objection:** The statement is outside the scope of the pleadings and

-2-

*E.DIGITAL CORPORATION'S OBJECTION TO*          3:13-CV-00781-DMS-WVG
*DECLARATION OF KENT W. SERRATT*

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

not subject to judicial notice. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., supra* at 1550. The declarant has failed to establish personal knowledge of the fact alleged. FRE 601, 602. The statement is irrelevant, lacks foundation, and is hearsay, for which no exception exists. FRE 401, 402, 602, 801, and/or 802.

**IV.    Paragraph 5: "BlackBerry did not receive any pre-filing notice from e.Digital of the alleged patent infringement of the Asserted Patents prior to the filing of e.Digital's Complaint"**

**Objection:** The statement is outside the scope of the pleadings and not subject to judicial notice. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., supra* at 1550. The declarant has failed to establish personal knowledge of the fact alleged. FRE 601, 602. The statement is irrelevant, lacks foundation, and is hearsay, for which no exception exists. FRE 401, 402, 602, 801, and/or 802.

Respectfully submitted.

July 19, 2013                           HANDAL & ASSOCIATES


By:   /s/ Gabriel G. Hedrick
      Anton N. Handal
      Gabriel G. Hedrick
      Pamela C. Chalk
      Attorneys for Plaintiff
      E.DIGITAL CORPORATION

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 19th day of July, 2013 at San Diego, California.

/s/ Gabriel G. Hedrick
Gabriel G. Hedrick

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-

*E.DIGITAL CORPORATION'S OBJECTION TO DECLARATION OF KENT W. SERRATT*    3:13-CV-00781-DMS-WVG